652

*W. Marvin Smith* for the United States.

No. 1038. TOUCHTON *v.* CITY OF FORT PIERCE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harvey C. Crittenden* for petitioner. *Mr. Robert J. Pleus* for respondent.

No. 1046. BAYER *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abraham Solomon* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 975. INTERNATIONAL TRADING CORP. *v.* EDISON ET AL. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. D. F. McGowan* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Warner W. Gardner* for respondents.

No. 984. DENTON *v.* LOWDEN ET AL., TRUSTEES. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Mitchel J. Henderson* for petitioner. *Messrs. Hale Houts* and *William S. Hogsett* for respondents.